425 A.2d 742

**COMMONWEALTH of Pennsylvania**

v.

**Craig Reaser BEYER, Appellant.**

**Craig Reaser BEYER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1981.

Decided Feb. 27, 1981.

Charles P. Gelso and John P. Moses, Wilkes Barre, for appellant.

Gailey C. Keller, Dist. Atty., Elwood R. Harding, Jr., Robert A. Greevy, Asst..Attys. Gen., for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court and the Judgment of Sentence and Order of the Court of Common Pleas of Columbia County are affirmed.